AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of Massachusetts

Comcast of Massachusetts I, Inc.

v.

Dorothy Schuster

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10485 DPW

TO: (Name and address of Defendant)

Dorothy Schuster
16 Kenmar Drive, Unit 124
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 14 2005

CLERK

(By) DEPUTY CLERK