**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: **1:05-cv-10485-DPW** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST** |
| ) | **FOR ENTRY OF DEFAULT** |
| vs. ) | |
| ) | |
| **Dorothy Schuster** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Dorothy Schuster (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P. Additionally, Counsel for Plaintiff and Defendant reached an agreement on this matter in the fall of 2005. Despite numerous requests by Plaintiff's Counsel, this settlement has not been effectuated.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                              Respectfully Submitted for the Plaintiff,
                                              Comcast of Massachusetts I, Inc.
                                              By Its Attorney,

<u>4/14/2006</u>                                     /s/ John M. McLaughlin
Date                                          John M. McLaughlin
                                              **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                              77 Pleasant Street
                                              P.O. Box 210
                                              Northampton, MA 01061
                                              Telephone: (413) 586-0865
                                              BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 14th day of April, 2006, a copy of the foregoing Request for Default was mailed first class to:

Dorothy Schuster
6 Chatham Road
Billerica, MA 01821

John McKenna
Law Offices of Christine Morgan & John McKenna
630 Boston Road
Billerica, MA 01821

                                                /s/ John M. McLaughlin
                                                John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | **Case No.: 1:05-cv-10485-DPW** |
| ) | |
| **Plaintiff,** ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST** |
| **vs.** ) | **FOR DEFAULT** |
| ) | |
| **Dorothy Schuster** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On March 14, 2005, the Plaintiff filed a Complaint against the Defendant, **Dorothy Schuster**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On April 1, 2005, the said Defendant was served **by delivering to last and usual place of abode, by Deputy Sheriff George A. Hooper** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I reached an agreement with Attorney John McKenna of Billerica, MA on this matter in the fall of 2005. Despite numerous requests by me to Attorney McKenna's office, this settlement has not been effectuated.

7. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 14th day of March, 2006.

> Respectfully Submitted for the Plaintiff,
> Comcast of Massachusetts I, Inc.
> By Its Attorney,
>
>
> /s/ John M. McLaughlin
> John M. McLaughlin
> **Green, Miles, Lipton & Fitz-Gibbon LLP**
> 77 Pleasant Street
> P.O. Box 210
> Northampton, MA 01061
> Telephone: (413) 586-0865
> BBO No. 556328

AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Dorothy Schuster

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10485 DPW

TO: (Name and address of Defendant)

Dorothy Schuster
16 Kenmar Drive, Unit 124
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 14 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 23, 2005

By virtue of this writ I have made diligent search for the within-named DOROTHY SCHUSTER and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00



_____
Deputy Sheriff



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 5, 2005

I hereby certify and return that on 4/1/2005 at 12:25PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CASE COVER SHEET AND CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of DOROTHY SCHUSTER, , 6 CHATHAM Road BILLERICA, MA 01821 and by mailing 1st class to the above address on 4/4/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($3.00), Travel ($12.16) Total Charges $46.96

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | **Case No.: 1:05-cv-10485-DPW** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Dorothy Schuster,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk