```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

Comcast of Massachusetts I, Inc.)
                                )
    Plaintiff,              )
      v.                      )   CIVIL ACTION
                                )   NO. 05cv10485-DPW
                                )
Dorothy Schuster                )
    Defendant                   )
                                )
                                )

## NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Dorothy Schuster**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Dorothy Schuster** has been defaulted this **18th day of April 2006**.

                                        Sarah A. Thornton
                                        Clerk

                           by:  _/s/ Richard Nici_____
                                   Deputy Clerk