**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 05-cv-10485-DPW |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION TO EXTEND** |
| ) | **TIME TO MOVE FOR DEFAULT** |
| vs. ) | **JUDGMENT** |
| ) | |
| **Dorothy Schuster** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**NOW COMES** Plaintiff in the above-captioned case and respectfully requests that this Court extend the deadline for the Plaintiff to move for Default Judgment to July 7, 2006. As grounds, the Plaintiff states:

1. Plaintiff's Counsel's has recently been in contact with an attorney who is representing the interests of defendant who has yet to file an appearance, Attorney John McKenna of Billerica.

2. Plaintiff's counsel and Attorney are in serious negotiations with hope that this matter could be resolved amicably.

3. These negotiations may also entail the exchange of documentation which may require more time than plaintiff now has before it must move for Default Judgment.

4. With additional time the parties may be able to negotiate an amicable resolution to this matter.

5. An additional 30 days should be sufficient to determine if an amicable resolution is possible

6. In light of these circumstances, the Plaintiff is seeking an extension of time to July 14, 2007 before it must to move for Default Judgment against these Defendants.

In further support of this motion, see affidavit of John M. McLaughlin

Respectfully Submitted for the Plaintiff,
By Its Attorney

<u>6/7/2006</u>                     <u>/s/ John M. McLaughlin</u>
Date                            John M. McLaughlin (BBO: 556328)
                                **Green, Miles, Lipton & Fitz-Gibbon**
                                77 Pleasant Street
                                P.O. Box 210
                                Northampton, MA 01061-0210
                                (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 7th day of June 2006, a copy of the foregoing motion and affidavit were sent via first class mail to

John McKenna
36 Webb Brook Road, Suite #2
Billerica, MA 01821-3768

And

Dorothy Schuster
16 Alyssum Dr
Billerica, MA 01821-3550

                                        /s/ John M. McLaughlin
                                        John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**         ) | **Case No.:  05-cv-10485-DPW** |
|     Plaintiff,         ) | **AFFIDAVIT OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT** |
|     vs.         ) | |
| **Dorothy Schuster**         ) | |
|     Defendant         ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have recently been in contact with an Attorney who is representing the interests of Defendant who has yet to file an appearance, Attorney John McKenna of Billerica.

2. We are in serious negotiations with hope that this matter could be resolved amicably.

3. These negotiations may also entail the exchange of documentation which may require more time than I now have before I must move for Default Judgment in this case.

4. With additional time we may be able to negotiate an amicable resolution to this matter.

5. An additional 30 days should be sufficient to determine if an amicable resolution is possible

Page  1

Subscribed and sworn to, under the pains and penalties of perjury.

                                                             Respectfully Submitted for the Plaintiff,
                                                             Comcast of Massachusetts I, Inc.
                                                             By Its Attorney,

| 6/7/2006 | /s/ John M. McLaughlin |
|---|---|
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |