**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | Case No.:  **05-cv-10485-DPW** |
|          )  | |
|          Plaintiff,  ) | **PLAINTIFF'S ASSENTED TO SECOND** |
|          ) | **MOTION TO EXTEND TIME TO MOVE** |
| vs.          ) | **FOR DEFAULT JUDGMENT** |
|          ) | |
| **Dorothy Schuster**  ) | |
|          ) | |
|          Defendant  ) | |
|          ) | |
|          ) | |

**NOW COMES** Plaintiff in the above-captioned case and respectfully requests that this Court extend the deadline for the Plaintiff to move for Default Judgment to August 8, 2006. As grounds, the Plaintiff states:

1. Plaintiff's Counsel's has again contacted the Attorney who is representing the interests of Defendant, Attorney John McKenna of Billerica and he assents to this Motion.

2. Plaintiff's counsel has made a settlement proposal that requires the exchange of documentation but this exchange has yet to occur.

3. With additional time the parties may still be able to negotiate an amicable resolution to this matter.

4. An additional 30 days should be sufficient to determine if an amicable resolution is possible.

5. If the parties are still unable to resolve this matter during the second extension period the Plaintiff intends to Move for Judgment.

6. In light of these circumstances, the Plaintiff is seeking an extension of time to August 8, 2006 before it must to move for Default Judgment against the Defendant.

In further support of this motion, see affidavit of John M. McLaughlin

                                          Respectfully Submitted for the Plaintiff,
                                          By Its Attorney

<u>7/10/2006</u>                             <u>/s/ John M. McLaughlin</u>
Date                                   John M. McLaughlin (BBO: 556328)
                                          **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                          77 Pleasant Street
                                          P.O. Box 210
                                          Northampton, MA 01061-0210
                                          (413) 586-0865

### CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10th day of July 2006, a copy of the foregoing motion and affidavit were sent via first class mail to:

John McKenna
36 Webb Brook Road, Suite #2
Billerica, MA 01821-3768

And

Dorothy Schuster
16 Alyssum Dr
Billerica, MA 01821-3550

                                            /s/ John M. McLaughlin
                                            John M. McLaughlin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**    ) | Case No.:  05-cv-10485-DPW |
| ) | |
| Plaintiff,    ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S ASSENTED** |
| vs.    ) | **TO SECOND MOTION TO EXTEND** |
| ) | **TIME TO MOVE FOR DEFAULT** |
| **Dorothy Schuster**    ) | **JUDGMENT** |
| ) | |
| Defendant    ) | |
| ) | |
| _____  ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have recently contacted the Attorney who is representing the interests of Defendant, Attorney John McKenna of Billerica and he assents to this Motion.

2. I have let him know that upon producing certain documentation my client's settlement stance would change considerably.

3. I need more time to further these attempts at settlement.

4. With the additional time we may be able to negotiate an amicable resolution to this matter.

5. If this matter cannot be solved in the additional 30 days, the Plaintiff would have little option but to precede the motion for Default Judgment.

Subscribed and sworn to, under the pains and penalties of perjury this 10th day of July, 2006.

/s/ John M. McLaughlin

Page 1